IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL L. DEMAN, | ) Case No. 10-4109 SC |
| Plaintiff, | ) ORDER REQUIRING DECLARATION |
| v. | ) |
| ALLIED ADMINISTRATORS, INC.; NORTHERN CALIFORNIA TILE INDUSTRY TRUST FUNDS; SHARON TURNER; LINDA MARTINEZ; DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 through, 100 inclusive, | ) |
| Defendants. | ) |

On September 13, 2010, Defendants Sharon Turner ("Turner") and Linda Martinez ("Martinez") filed a Notice of Removal. ECF No.1. It contains no explanation as to why Allied Administrators, Inc. and Northern California Tile Industry Trust Funds have not joined in the Notice of Removal. See, e.g., Loya v. Aurora Loan Servs. LLC, No. 10-0490, 2010 WL 1929618, at *1 (N.D. Cal. May 12, 2010) (removing defendant must explain absence of non-joining defendants).

///
///
///
///
///

1    Counsel for Defendants Turner and Martinez shall file a
2 declaration explaining the absence of non-joining defendants no
3 later than Thursday, November 4, 2010.

5    IT IS SO ORDERED.

7    Dated:   November 2, 2010         
8                                      UNITED STATES DISTRICT JUDGE